MEMORANDUM OPINION


No. 04-07-00211-CV



James C. ROLLINGS d/b/a Jake's Equipment & Repair,


Appellant 



v.



BIG COUNTRY RIG & EQUIPMENT;

PAMCO, Inc.; Tom Potter, Sr.; Tom Potter, Jr.; 

Roy Foster; and Patman Brothers Drilling, L.P.

Appellees


From the 229th Judicial District Court, Jim Hogg County, Texas


Trial Court No. CC-06-129


Honorable Alex W. Gabert, Judge Presiding


 

PER CURIAM

 

Sitting: Sandee Bryan Marion, Justice

 Phylis Speedlin, Justice

 Rebecca Simmons, Justice


Delivered and Filed: June 13, 2007


DISMISSED FOR LACK OF JURISDICTION


 Appellant seeks to appeal several orders signed by the trial court on January 22, 2007,
including an order granting intervenor, Patman Brothers Drilling, L.P.'s motion for partial summary
judgment. It appeared that the judgment is interlocutory because it does not dispose of appellant's
claims against the defendants or any remaining claims by or against the intervenor, and no severance
order appears in the record; accordingly, this court ordered appellant to show cause in writing why
the appeal should not be dismissed for lack of jurisdiction. An order or judgment is final when it
disposes of all claims asserted by and against all parties. Martinez v. Humble Sand & Gravel, Inc.,
875 S.W.2d 311, 312 (Tex. 1994); New York Underwriters Ins. Co. v. Sanchez, 799 S.W.2d 677,
678-79 (Tex. 1990). No response has been filed. Therefore, this appeal is dismissed for lack of
jurisdiction. See Tex. R. App. P. 42.3(a). 



 PER CURIAM